UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HECTOR LOIAZA RODRIGUEZ,

        Petitioner,               Case No. 1:12-cv-159

v.                                    Honorable Paul L. Maloney

CAROL HOWES,

        Respondent.
_____/

**JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief is **DENIED**.

Dated:  September 8, 2016        /s/ Paul L. Maloney
                                              Paul L. Maloney
                                              United States District Judge